IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DEBBIE JEAN HEATH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) SA-01-CA-731-OG |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## AMENDED ORDER

Pending before the Court is the parties' Agreed Motion to Extend Scheduling Deadlines and Re-Set Trial Date (Dkt. # 24). Having considered the motion, the Court finds that it should be granted.

It is therefore ORDERED that the parties' Agreed Motion to Extend Scheduling Deadlines and Re-Set Trial Date (Dkt. # 24) is hereby GRANTED and the following deadlines in the Court's scheduling order are amended:

(1) The deadline to supplement and/or amend pleadings or to join additional parties is February 25, 2003;

(2) The parties shall complete all discovery on or before March 18, 2003;

(3) All dispositive motions shall be filed no later than April 4, 2003; and

(4) The case is set for **non-jury trial** on May 19, 2003. The parties shall file all pre-trial materials as required by local rule CV-16(e).

SIGNED this 27 day of January, 2003.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE